450 A.2d 1040

Commonwealth v. Myers et al., Appellants.

Argued March 22, 1982. Daniel W. Shoemaker, for appellant; Gary E. Hartman, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgments of sentence affirmed.

450 A.2d 1040

Commonwealth v. Parker, Appellant.

Submitted December 14, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Judgment of sentence affirmed.